United States Courts
Southern District of Texas
FILED

August 27, 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER_ **3:25-cr-024** |
| JOSE ANGEL GONZALEZ, SR. | § § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about March 26, 2024, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JOSE ANGEL GONZALEZ, SR.,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved less than 500 grams of a mixture or substance containing a detectable amount of cocaine, that is, approximately 202.5 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

On or about March 26, 2024, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JOSE ANGEL GONZALEZ, SR.,

did knowingly possess in and affecting interstate and foreign commerce, one (1) firearm and

ammunition, to wit: a Tisas, Model 1911 Raider B45RDG, .45 caliber semi-automatic pistol, serial number "T0620-22AK04555", after having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about March 26, 2024, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JOSE ANGEL GONZALEZ, SR.,

did knowingly possess in and affecting interstate and foreign commerce, one (1) firearm, to wit: a Beretta, Model M9, 9 mm caliber semi-automatic pistol, serial number "M9-124943", after having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF CRIMINAL FOPRFEITURE
(21 U.S.C.§ 853(a))

Pursuant to Title 18, United States Code, Section 853(a), the United States of America gives notice to the defendant,

JOSE ANGEL GONZALEZ, SR.,

that, upon conviction for a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count ONE of the Indictment, the following property is subject to forfeiture:

1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such possession with intent to

   distribute cocaine; and

2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such possession with intent to distribute cocaine.

PROPERTY SUBJECT TO FORFEITURE

The property to be forfeited includes, but is not limited to $4,060.00 in United States currency seized from Jose Angel Gonzalez Sr. on or about March 26, 2024.

NOTICE OF CRIMINAL FOPRFEITURE
(18 U.S.C.§ 924(d)(1))

Pursuant to Title 18, United States Code, Section 924(d)(1), the United States of America gives notice to the defendant,

JOSE ANGEL GONZALEZ, SR.,

that, upon conviction for a violation of Title 18, United States Code, Section 922(g)(1), as charged in Counts TWO and THREE of the Indictment, any firearm or ammunition involved in or used in any knowing violation of subsection (g) of section 922, is subject to forfeiture to the United States.

PROPERTY SUBJECT TO FORFEITURE

The property to be forfeited includes, but is not limited to, the following:

1. a Tisas, Model 1911 Raider B45RDG, .45 caliber semi-automatic pistol, serial number "T0620-22AK04555";

2. 50 rounds of Prvi Partizan .45 caliber ACP ammunition;

3. A Beretta, Model M9, 9 mm caliber, semi-automatic pistol, serial number "M9-124943"; and

4. 85 total rounds of a mixture of CCI, Federal, SIG, and Winchester 9 mm caliber ammunition.

A TRUE BILL:

Original Signature on File

FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: *Kenneth A. Cusick*
KENNETH A. CUSICK
Assistant United States Attorney